CHARLES B. FRANC, Respondent, *v.* HENRY H. DICKINSON, Appellant.

(Argued December 2, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 20, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and affirmed an order denying a motion for a new trial.

This was an action upon a promissory note.

The defense was that the note was obtained by fraud, and that plaintiff was not a *bona fide* purchaser.

On trial the court directed a verdict for plaintiff.

The court here hold that there was evidence sufficient to require the submission to the jury of the issues of fact.

*James McKeen* for appellant.

*John L. Hill* for respondent.

PECKHAM, J., reads for reversal and new trial.
All concur.
Judgment reversed. _____